Ronald R. BOLANOS,
Movant–Appellant,

v.

STATE of Missouri, Respondent.

No. WD 41162.

Missouri Court of Appeals,
Western District.

July 25, 1989.

Richard E. McFadin & F.A. White, Jr. of McFadin, White & Fincham, Kansas City, for movant-appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before GAITAN, P.J., and
MANFORD and ULRICH, JJ.

ORDER

PER CURIAM:

Direct appeal from the denial of post-conviction relief sought pursuant to Rule 29.-15.

Affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Fred R. ROBLES, Appellant.

No. WD 41164.

Missouri Court of Appeals,
Western District.

July 25, 1989.

Paul Katz, Kansas City, for appellant.

William L. Webster, Atty. Gen., and Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, C.J., and
GAITAN, J., and CONNETT, Special
Judge.

ORDER

PER CURIAM:

Appeal from denial of a Rule 29.15 motion without an evidentiary hearing.

Affirmed. Rule 84.16(b).

John Allen KISH, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 41278.

Missouri Court of Appeals,
Western District.

July 25, 1989.

Nancy A. McKerrow, Columbia, for appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and
MANFORD and ULRICH, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 24.035 motion for postconviction relief without an evidentiary hearing.

Affirmed. Rule 84.16(b).